IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COMMUNITY HOSPICE OF
NORTHEAST FLORIDA/COMP
OPTIONS and AMTRUST
NORTH AMERICA OF
FLORIDA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1500

     Appellants,

v.

APRIL STOTTAN,

     Appellee.

_____/

Opinion filed September 20, 2016.

An appeal from an order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: March 5, 2013.

Rayford H. Taylor of Gilson Athans P.C., Atlanta, Georgia, for Appellants.

John J. Rahaim, II, and Amie DeGuzman of the Law Office of John J. Rahaim, II, Jacksonville, for Appellee.


PER CURIAM.

     AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.